UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,**

   **Plaintiff,**

v.            Case No.: 3:19-cv-1101-39JBT

**CHRISTINE D. KEYSER and CHRISTINA M. BALL,**

   **Defendants.**

_____

**NOTICE OF SETTLEMENT AND
JOINT REQUEST FOR CONTINUANCE OF DEADLINES**

NOTICE IS HEREBY GIVEN that the Parties to this action have reached an agreement as to distribution of the insurance proceeds at issue. It is anticipated that a notice of voluntary dismissal or motion consistent with the settlement agreement and for an order dismissing all claims against all parties, and disposing of this matter in its entirety, will be submitted jointly by all parties within 30 days. It is therefore, respectfully requested that all pending deadlines or scheduled appearances be stayed.

Dated: February 28, 2020

          Respectfully submitted,

         /s/ *Winifred H. Quinlan*
         STEVE E. BAKER, Esq.
         Florida Bar No.: 0146056
         Sbaker.pleadings@qpwblaw.com
         WINIFRED H. QUINLAN, Esq.
         Florida Bar No. 0062448
         Winifred.quinlan@qpwblaw.com
         QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
         255 S. Orange Avenue, Suite 900
         Orlando, FL 32081

*The Prudential Insurance Company of America v. Christine D. Keyser and Christina M. Ball*
*Case No.: 3:19-cv-1101-39JBT*
*Page 2 of 2*

Telephone: (407) 872-6011
Facsimile: (407) 872-6012
*Counsel for Plaintiff The Prudential Insurance Company of America*


/s/ *Thomas H. Bateman, III*
THOMAS H. BATEMAN III
Florida Bar No.: 349781tbateman@lawfla.com
tweiss@lawfla.com
2618 Centennial Place32308
P.O. Box 15579
Tallahassee, FL 32317
Telephone: (850) 222-0720
Facsimile: (850) 224-4359
*Attorney for Defendant Christina M. Ball*


/s/ *Keith H. Johnson*
KEITH H. JOHNSON, Esquire
Florida Bar No.: 342939
ADAM L. HEIDEN, Esquire
Florida Bar No.: 0050817
Johnson and Johnson, P.A.
8810 Goodbys Executive Drive
Jacksonville, Florida 32217
Telephone: (904) 737-5930
Telecopier: (904) 737-5966
E-mail: keith-j@comcast.net
E-mail: aheiden@johnsonandjohnsonpa.com
*Attorney for Defendant Christine D. Keyser*