# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,**

    **Plaintiff,**

v.                                                  Case No.:  3:19-cv-1101-J-39JBT

**CHRISTINE D KEYSER and CHRISTINA M BALL,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation and Notice of Voluntary Dismissal of All Claims and Action Pursuant to F.R.C.P. 41(a)(1)(A)(ii)  (Doc. No. 25; Stipulation) filed on March 30, 2020.  In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice.  See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.    This case is **DISMISSED with prejudice.**

2.    Each party shall bear its own costs and fees.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this _6th_ day of July, 2020.

_____
BRIAN J. DAVIS
United States District Judge

- 2 -

*Copies to:*

Counsel of Record

*ap*